UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 20-CV-20474-JAL

WINDY LUCIUS,

    Plaintiff,

vs.

BOSTON MARKET CORPORATION,

    Defendants.

_____/

**JOINT NOTICE OF SETTLEMENT**

Plaintiff, WINDY LUCIUS, and Defendant, BOSTON MARKET CORPORATION, by and through their undersigned counsel, and pursuant to Rule 41(a)(1), Fed.R.Civ.P., and Local Rule 16.4, jointly notify the Court that the parties have reached a confidential settlement of the lawsuit in principle. The parties request thirty (30) days to memorialize and execute the Agreement and to seek dismissal of the action with prejudice.

        Respectfully submitted,

| | |
|---|---|
| J. Courtney Cunningham, Esq. | Leo P. Norton, Esq. |
| Counsel for Plaintiff | Counsel for Defendant |
| J. Courtney Cunninham, PLLC | Cooley LLP |
| 8950 SW 74th Court, Suite 2201 | 4401 Eastgate Mall |
| Miami, Florida 33156 | San Diego, California, 92121 |
| | |
| By: /s/J. Courtney Cunninham | By: /s/Leo P. Norton |
| Florida Bar No. 628166 | *Admitted Pro Hac Vice* |
| Dated: 3/25/2020 | Dated: 3/25/2020 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this **25th day of March, 2020**, I electronically filed the forgoing document with the Clerk of Court using CM/ECF.  I also certify that the foregoing is being served this day upon all counsel of record identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    Respectfully submitted,

    LAW OFFICES OF
    SHAWN L. BIRKEN, P.A.
    100 SE 3rd Ave., Suite 1300
    Fort Lauderdale, Florida  33394
    Tel:     (954) 990-4459
    Fax:    (954) 990-4469
    Email: sbirken@birken-law.com

By:   /s/Shawn L. Birken
    SHAWN L. BIRKEN
    Florida Bar No.: 418765

**SERVICE LIST**
*Lucius vs. Boston Market Corporation*
20-cv-20474-JAL

| | |
|---|---|
| Shawn L. Birken, Esq. | Juan Courtney Cunningham, Esq. |
| Florida Bar No.: 418765 | Florida Bar No. 628166 |
| LAW OFFICES OF | J. COURTNEY CUNNINGHAM, PLLC |
| SHAWN L. BIRKEN, P.A. | 8950 SW 74th Court, Suite 2201 |
| 100 SE 3rd Avenue, Suite 1300 | Miami, Florida 333156 |
| Fort Lauderdale, Florida  33394 | cc@cunninghampllc.com |
| sbirken@birken-law.com | Phone: 305-351-2014 |
| Direct Dial: 954-990-4459 | *Counsel for Plaintiff* |
| Fax: 954-990-4469 | *Via CM/ECF* |
| *Local Counsel for Defendant* | |
| *Via CM/ECF* | |

Leo P. Norton, Esq.
lnorton@cooley.com
Cooley LLP
4401 Eastgate Mall
San Diego, California, 92121
Phone 858-550-6000
Fax: 858-550-6420
Counsel for Defendant
*Admitted Pro Hac Vice*